| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
| 2 | STACY M. TUCKER. (SBN 218942)<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | 1001 Marshall Street, Suite 300<br>Redwood City, CA 94063-2052 |
| 4 | Telephone:  (650) 364-8200<br>Facsimile:   (650) 780-1701 |
| 5 | Email:        pcogan@rmkb.com, stucker@rmkb.com<br>Attorneys for Defendant, |
| 6 | FIRST NATIONAL INSURANCE COMPANY OF<br>AMERICA |

HANK G. GREENBLATT  (SBN 143415)
DREYER BABICH BUCCOLA WOOD, LLP
20 Bicentennial Circle
Sacramento, CA  95826
Telephone:  (916) 379-3500
Facsimile:   (916) 379-3599

Attorneys for Plaintiff,
KRISTEL AND MARK MARTIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEL MARTIN, MARK MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA (SAFECO), and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:11-cv-01063-MCE -KJN<br><br>**STIPULATION AND ORDER DISMISSING FIRST NATIONAL INSURANCE COMPANY OF AMERICA** |

///
///
///
///
///

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

It is hereby stipulated by and between plaintiffs KRISTEL MARTIN AND MARK MARTIN, and FIRST NATIONAL INSURANCE COMPANY OF AMERICA ("First National"), through their respective attorneys of record, that defendant First National shall be dismissed from this action without prejudice. Plaintiff has replaced First National with Defendant Safeco Insurance Company of America in the First Amended Complaint filed May 17, 2011 by Plaintiff.

**IT IS SO STIPULATED**.

Dated:  May 18, 2011

DREYER BABICH BUCCOLA WOOD, LLP

By: /s/
HANK G. GREEBLATT
Attorneys for Plaintiffs, KRISTEL AND MARK MARTIN

Dated:  May 18, 2011

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendant, SAFECO INSURANCE COMPANY OF AMERICA (erroneously sued as FIRST NATIONAL INSURANCE COMPANY OF AMERICA (SAFECO))

**IT IS SO ORDERED**.

Date: June 1, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE