PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

HANK G. GREENBLATT  (SBN 143415)
RYAN L. DOSTART (SBN 281539)
DREYER BABICH BUCCOLA WOOD, LLP
20 Bicentennial Circle
Sacramento, CA  95826
Telephone:     (916) 379-3500
Facsimile:     (916) 379-3599

Attorneys for Plaintiff,
KRISTEL AND MARK MARTIN

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEL MARTIN, MARK MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE 2:11-CV-01063-MCE-KJN<br><br>**FRCP RULE 29 ORDER GRANTING STIPULATION EXTENDING  TIME TO RESPOND TO COMPLETE DISCOVERY** |

Pursuant to Federal Rule of Civil Procedure 29, the parties in the above-captioned action stipulated through their respective attorneys of record that the parties jointly request that they may have until September 10, 2012 to complete discovery in this action.

///

///

///

///

RC1/6533445/S
MT

ORDER
CASE NO. 2:11-CV-01063-MCE-KJN

1 | Based on the stipulation of the parties:
2 | **IT IS SO ORDERED**.
3 |
4 | Dated: July 13, 2012
5 | _____
     MORRISON C. ENGLAND, JR
6 | UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City