1   PAMELA E. COGAN (SBN 105089)
    STACY M. TUCKER. (SBN 218942)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 500
3   Redwood City, CA 94063-2052
    Telephone:    (650) 364-8200
4   Facsimile:    (650) 780-1701
    Email: pcogan@rmkb.com, stucker@rmkb.com
5   Attorneys for Defendant,
    LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
6
7   HANK G. GREENBLATT  (SBN 143415)
    RYAN L. DOSTART (SBN 281539)
8   DREYER BABICH BUCCOLA WOOD, LLP
    20 Bicentennial Circle
9   Sacramento, CA  95826
    Telephone:    (916) 379-3500
10  Facsimile:    (916) 379-3599

11  Attorneys for Plaintiff,
    KRISTEL AND MARK MARTIN

12

13              UNITED STATES DISTRICT COURT FOR

14              THE EASTERN DISTRICT OF CALIFORNIA

15

16  KRISTEL MARTIN, MARK MARTIN,          CASE 2:11-CV-01063-MCE-KJN

17              Plaintiffs,
                                          **FRCP RULE 29 ORDER GRANTING
18  v.                                    STIPULATION EXTENDING  TIME TO
                                          RESPOND TO COMPLETE DISCOVERY**
19  SAFECO INSURANCE COMPANY OF
    AMERICA and DOES 1 to 10, inclusive,
20
                Defendants.
21

22          Pursuant to Federal Rule of Civil Procedure 29, the parties in the above-captioned action

23  stipulated through their respective attorneys of record that the parties jointly request that they

24  may have until September 10, 2012 to complete discovery in this action.

25  ///

26  ///

27  ///

28  ///

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

Based on the stipulation of the parties:

**IT IS SO ORDERED**.

Dated:  July 13, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 2:11-CV-01063-MCE-KJN