PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
SAFECO INSURANCE COMPANY OF AMERICA

HANK G. GREENBLATT  (SBN 143415)
RYAN L. DOSTART (SBN 281539)
DREYER BABICH BUCCOLA WOOD, LLP
20 Bicentennial Circle
Sacramento, CA  95826
Telephone:   (916) 379-3500
Facsimile:   (916) 379-3599

Attorneys for Plaintiff,
KRISTEL AND MARK MARTIN

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEL MARTIN, MARK MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:11-CV-01063-MCE-KJN<br><br>**STIPULATION AND ORDER RE: EXTENSION OF DISCOVERY DEADLINES** |

It is hereby stipulated by and between plaintiffs MARK MARTIN AND KRISTEL MARTIN and defendant SAFECO INSURANCE COMPANY OF AMERICA, through their respective attorneys of record, that the parties request that the Court extend the discovery deadlines set by the court in the Pretrial Scheduling Order.  This request affects only the deadlines for non-expert and expert discovery (including expert witness disclosures) but would not affect any deadlines that would interfere with the Court's calendar for hearings, conferences or trial.

This is the second request the parties have jointly made to extend a deadline set by the court.  The parties previously asked to extend the discovery deadline from August 10, 2012 to

September 10, 2012 to permit the parties to complete non-expert discovery, which the Court has granted. The current request is to extend completion of non-expert discovery to October 26, 2012, to extend the dates for expert disclosures from October 10, 2012 to November 16, 2012 and supplemental/rebuttal expert disclosure from October 30, 2012 to December 6, 2012.

Good cause exists for this request as the parties agreed to engage in mediation and to postpone completion of four depositions and filing of motions to compel until after mediation. The parties have been diligently working together to complete non-expert discovery, and have produced thousands of pages of documents and deposed numerous witnesses. A few discovery issues remain in dispute regarding document productions and records subpoenaed, and five depositions remain to be taken. The parties reached an agreement to mediate and postpone pending depositions on July 30, 2012 and agreed to private mediation with Retired Judge Richard Gilbert. Unfortunately, the first available mediation date, which the parties have confirmed with the mediator, is not until September 12, 2012, two days after the current discovery deadline.

Because of the effort and expense involved in completing non-expert discovery, filing motions to compel and preparation, the parties have agreed to postpone further discovery efforts until after mediation, if this Court will agree to extend the relevant deadlines. The parties hope that by postponing these discovery issues until after mediation, the related cost savings will be conducive to a successful mediation. The parties therefore jointly request that the Court extend the non-expert discovery deadline to October 26, 2012 and extend the expert disclosure and supplemental/rebuttal expert discovery deadlines to November 16 and December 6, 2012, respectively.

///
///
///
///
///
///
///

RC1/6606409.1/SMT — - 2 - — STIP.AND ORDERTO EXTEND TIME, CASE NO. 2:11-CV-01063-MCE-KJN

**IT IS SO STIPULATED**.

Dated:  September 5, 2012

DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

By: :  */Hank G. Greenblatt*
HANK G. GREENBLATT
Attorneys for Plaintiffs
KRISTEL MARTIN AND MARK MARTIN

Dated:  September 5, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: :  */ Pamela E. Cogan*
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendants, SAFECO INSURANCE COMPANY OF AMERICA

### ORDER

**Good cause appearing therefore,** pursuant to the parties' stipulation the Court hereby orders that the non-expert discovery deadline shall be extended to completion of non-expert discovery to October 26, 2012, for expert disclosures from October 10, 2012 to November 16, 2012 and for supplemental/rebuttal expert disclosure from October 30, 2012 to December 6, 2012. All other deadlines in the pretrial scheduling order in this matter shall remain unaltered.

**IT IS SO ORDERED.**

Dated:  September 10, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE