PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
SAFECO INSURANCE COMPANY OF AMERICA

HANK G. GREENBLATT  (SBN 143415)
RYAN L. DOSTART (SBN 281539)
DREYER BABICH BUCCOLA WOOD, LLP
20 Bicentennial Circle
Sacramento, CA  95826
Telephone:   (916) 379-3500
Facsimile:   (916) 379-3599

Attorneys for Plaintiff,
KRISTEL AND MARK MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEL MARTIN and MARK MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:11-CV-01063-MCE-KJN<br><br>**ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

Dated:  November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE